**Angelo DAHLIA, Plaintiff–Appellant,**

v.

**Omar RODRIGUEZ, individually and as a Lieutenant of the Burbank Police Department; Edgar Penaranda, individually and as a Sergeant of the Burbank Police Department; Jose Duran, individually and as a Sergeant of the Burbank Police Department; Chris Canales, individually and as a Detective of the Burbank Police Department; City of Burbank, a municipal corporation; John Murphy, individually and as a Lieutenant of the Burbank Police Department, Defendants–Appellees,**

and

**Tim Stehr, individually, Defendant.**

No. 10–55978.

United States Court of Appeals, Ninth Circuit.

Dec. 11, 2012.

Michael Andrew McGill, Esquire, Michael Alan Morguess, Lackie Dammeier & McGill APC, Upland, CA, Scott Matthew Michelman, Scott Lawrence Nelson, Public Citizen Litigation Group, Washington, DC, for Plaintiff–Appellant.

Angelo Dahlia, Burbank, CA, pro se.

Michael Simidjian, Kenneth C. Yuwiler, Silver Hadden Silver Wexler + Levine, Santa Monica, CA, for Defendant–Appellee, Omar Rodriguez.

Michael Logan Rains, Esquire, Harry S. Stern, Esquire, Lara Cullinane–Smith, Rains Lucia Stern, PC, Pleasant Hill, CA, for Defendant–Appellee, Edgar Penaranda.

Patricia Kinaga, Arthur B. Walsh, Kinaga Law Firm, Los Angeles, CA, Gregory Glenn Petersen, Gregory G. Petersen, A Law Corporation, Newport Coast, CA, for Defendants–Appellees, Jose Duran and Chris Canales.

Richard Terzian, Esquire, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendant–Appellee, City of Burbank.

Eugene Philip Ramirez, Esquire, Steven Jeff Renick, Manning & Kass Ellrod Ramirez, Trester LLP, Los Angeles, CA, for Defendant–Appellee, John Murphy.

Carol Ann Humiston, Esquire, Senior Litigating, Office of the City Attorney,

Burbank, CA, for Defendants–Appellees, City of Burbank and Tim Stehr.

D.C. No. 2:09–CV–08453–MMM–JEM.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.